IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALISA TOWNES<br>　　　　Plaintiff,<br><br>vs.<br><br>PLATINUM RECOVERIES, LLC<br><br>and<br><br>PREMIUM RECEIVABLES, LLC<br>d/b/a PREMIUM ASSET SERVICES<br><br>and<br><br>WORLDWIDE ASSET RECOVERIES, LLC<br>　　　　Defendants. | CIVIL ACTION<br><br>FILED<br>AUG 0 4 2014<br>MICHAEL E. KUNZ, Clerk<br>By_____Dep. Clerk<br><br>NO. 14-cv-1874(EGS) |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

It is hereby stipulated by and between the parties that, a settlement having been reached, the above captioned matter is dismissed with prejudice, subject to reinstatement within 120 days should the settlement not be completed. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

/s/ Andrew M. Milz
ANDREW M. MILZ
Attorney for Plaintiff
FLITTER LORENZ, P.C.
450 N. Narberth Avenue, Suite 101
Narberth, PA  19072
(610) 822-0782


SO ORDERED.

/s/ Andrew M. Schwartz
ANDREW M. SCHWARTZ
Attorney for Defendant
MARSHALL, DENNEHEY,
WARNER, COLEMAN & GOGGIN
2000 Market Street, Suite 2300
Philadelphia, PA  19103
(215) 575-2595


EDWARD G. SMITH
United States District Judge